✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  7:15-CR-00002-005 (HL) |
| **MARION F. DEBERRY** | |

Marion F. Deberry is in compliance with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy,* Volume 8, Part E (Post-Conviction Supervision), Chapter 3, as approved by the Administrative Office of the United States Courts, and is no longer in needed of supervision. It is accordingly recommended that Deberry be discharged from supervision.

Respectfully submitted,

*Gerald M. Bazell Jr.*

Gerald M. Bazell Jr.
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  8th  day of  January , 2024.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE